UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-CR-85 |
| | ) | Phillips/Shirley |
| MICHAEL D. LEACH | ) | |

## **ORDER**

The government has filed a motion to continue the sentencing hearing [Doc. 393] in this case, currently scheduled for March 9, 2015. The government seeks a 90-day continuance on the grounds that "there are currently activities underway which could affect the sentencing of the defendant" and a continuance would allow other matters to be resolved prior to sentencing. The defendant does not object to the requested continuance.

For good cause shown, the government's motion [Doc. 393] is **GRANTED** and the sentencing hearing is rescheduled for June 29, 2015, at 10:00 a.m.

IT IS SO ORDERED.

s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE